UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| ESCELENA D. HARRIS | : CASE NO. 16-31743 AMN |
| | : |
| DEBTOR(S) | : DECEMBER 28, 2017 |

**MOTION TO DISMISS CHAPTER 13 CASE**

     Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 USC Section 1307(c) based on the deficiencies indicated below.

     If the deficiencies set out below are remedied and the case is not dismissed, notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 11 USC Section 1307(c)(5).

1. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
   a. Operating reports for rent (if appropriate) and business from date of filing through present;
   b. Payment advices or other evidence of payment received updated to the time of confirmation for non-filing spouse;
   c. Personal and business bank statements for the six full months prior to and including the date of the bankruptcy filing through present;
   d. 2016 Federal and State Income Tax Returns (personal and business).

2. The Debtor's Plan does not conform to the claims filed. The Plan treats secured creditors who do not have claims filed.

3. The Plan fails to provide that all of the Debtors projected disposable income will be applied to make payments to unsecured creditors pursuant to 11 USC section 1325(b)(1)(b). As the Debtor's income is above median for the State of Connecticut, projected disposable income is determined based on 11 USC section 1325(b)(3), as calculated through Forms 122B and 122C (Means Test). The Plan provides a dividend to unsecured creditors which is less than the projected disposable income disclosed on the Means Test.

4. <u>The Debtor's Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u>

Wherefore, the Trustee requests that the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

<u>/s/Roberta Napolitano</u>
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Fax: (860) 527-6185
Email: <u>rnapolitano@ch13rn.com</u>

VERIFICATION

The undersigned hereby swears or affirms that the information in the foregoing motion to dismiss is true and accurate to the best of their knowledge and belief as based on a review of the files and records of the Chapter 13 Trustee made and kept in the usual and ordinary course of business.

<u>/s/Roberta Napolitano</u>
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee

Personally appeared before me Roberta Napolitano, Trustee who swore to the truth of the foregoing on the above date.

<u>/s/Tina M. Golebiowski</u>
Tina M. Golebiowski
Notary Public/My Comm. Expires 7/31/18

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **<u>Documents Served:</u>** Motion to Dismiss Case and proposed Order thereon

2. **Parties Served Via First Class Mail:**
   Debtor:
   ESCELENA D. HARRIS
   50 ELLIOTT STREET
   NEW HAVEN, CT 06519

3. **Parties Served Electronically Include:**
   Debtor's Attorney: GEORGE C. TZEPOS, ESQ.
   Email: zepseven@sbcglobal.net

   Office of the United States Trustee, Kim McCabe, Assistant United States Trustee, Email: ustpregion02.nh.ecf@usdoj.gov

   /s/ Roberta Napolitano
   Roberta Napolitano, tr08378
   Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ESCELENA D. HARRIS | : | CASE NO. 16-31743 AMN |
| | : | |
| DEBTOR(S) | : | |

ORDER DISMISSING CASE UNDER CHAPTER 13

A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. Section 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. Section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.